NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

2009-7029

CATHLEEN E. GOLDEN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 04-1385, Judge Robert N. Davis.

ON MOTION

Before NEWMAN, Circuit Judge.

## O R D E R

The Secretary of Veterans Affairs moves without opposition to stay proceedings in this appeal pending the court's disposition in Henderson v. Shinseki, 2009-7006.

The Secretary asserts that this case and Henderson involve the issue whether the 120-day period to file an appeal to the United States Court of Appeals for Veterans Claims under 38 U.S.C. § 7266(a) may be equitably tolled.

We note that oral argument in Henderson is scheduled to be held on June 5, 2009.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion to stay is granted.  The Secretary is directed to inform the court within 30 days of the disposition of <u>Henderson</u> how he believes this appeal should proceed.  The appellant may also respond within that time.

(2)     A copy of this order shall be transmitted to the merits panel assigned to hear <u>Henderson</u>, to inform that panel of this related appeal.

FOR THE COURT

**MAY 2 0 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     John F. Cameron, Jr., Esq.
        Allison Kidd-Miller, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 0 2009

JAN HORBALY
CLERK

2009-7029                                    2